BENJAMIN R. BUCKELEW, Respondent, v. JAMES M. ES-
TELL and others, Appellants.

Questions as to the performance of the conditions contained in a grant, can only
be made by the grantor; and not by a mere naked trespasser.

APPEAL from the District Court of the Seventh Judicial District,
Marin County.

The action was an application for an injunction to restrain defend-
ants from entering upon the plaintiffs land and committing waste, by
cutting down valuable timber.

*W. Skidmore*, for Appellants.

*J. H. Haralson*, for Respondent.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. BRYAN, J.,
concurred.

The Court very properly refused to dissolve the injunction. There
are several defendants, and only two have answered. The answer ad-
mits the grant through which the complainant claims ; the question as
to the performance of conditions in the grant can only be made by the
grantor, and not by a mere naked trespasser. The question as to
boundary is the only one which is to be determined, and until then, it
is proper that complainant should be protected against the serious
damage of having his trees cut down, especially as his bond will fully
protect the defendants for any delay, if it should turn out that they
have the right.

Order affirmed.